AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

Willie Patterson

Plaintiff(s),

V.

U.S. Bankcorp

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:24-CV-01125-DAD-SCR

Notice is hereby given that, subject to approval by the court, __Willie Patterson__ (Party(s) Name) substitutes

__Willie Patterson__ (Name of New Attorney), State Bar No. __Pro Se__ as counsel of record in place of __Motaz M. Gerges Esq__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Willie Patterson Pro Se
- Address: 2923 BELDEN ST  SACRAMENTO, CA 95815.
- Telephone: _____   Facsimile _____
- E-Mail (Optional): _____

I consent to the above substitution.
Date: 8/16/2024
x _(signed)_ (Signature of Party(s))

I consent to being substituted.
Date: 8/16/2024
_(signed)_ (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 8/16/2024
x _____ (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 29, 2024

_Dale A. Drozd_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]