

# United States District Court
# Eastern District of California

| WILLIE PATTERSON | |
|---|---|
| Plaintiff(s) | Case Number: 2:24-CV-01125-DAD-SCR |
| V. | |
| U.S. BANK NATIONAL ASSOCIATION, ET AL. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Marc D. Cabrera** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **U.S. Bank National Association**

On **November 6, 2009** (date), I was admitted to practice and presently in good standing in the **SUPREME COURT OF TEXAS** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **May 22, 2025**    Signature of Applicant: /s/ **Marc D. Cabrera**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Marc D. Cabrera |
| Law Firm Name: | Polsinelli PC |
| Address: | 2950 N. Harwood Street, Suite 2100 |
| City: | Dallas    State: TX    Zip: 75201 |
| Phone Number w/Area Code: | 214-397-0030 |
| City and State of Residence: | Dallas, Texas |
| Primary E-mail Address: | mcabrera@polsinelli.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Garrick Vanderfin |
| Law Firm Name: | Polsinelli LLP |
| Address: | 2049 Century Park East, Suite 2900 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | 310-556-1801    Bar #: 316159 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 2, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Marc Daniel Cabrera**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2009.

I further certify that the records of this office show that, as of this date

**Marc Daniel Cabrera**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 22th day of May, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 2659C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.