UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE PATTERSON,

Plaintiff,

v.

U.S. BANKCORP,

Defendant.

No. 2:24-cv-01125-DAD-SCR (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION FOR FAILURE TO PROSECUTE

(Doc. Nos. 12, 21, 24)

Plaintiff Willie Patterson proceeding *pro se* since September of 2024 (Doc. No. 9), initiated this civil action on March 13, 2024, in the Sacramento County Superior Court. (Doc. No. 1 at 9.) The action was removed to this federal court by defendant on April 15, 2024. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 26, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to prosecute and to abide by court orders. (Doc. No. 24.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

/////

1

5.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 26, 2025 (Doc. No. 24 are adopted in full;

2. This action is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 110 due to plaintiff's failure to prosecute and to abide by court orders;

3. Defendant's amended motion to dismiss (Doc. No. 12) and motion for judgment on the pleadings (Doc. No. 21) are denied as having been rendered moot by this order of dismissal; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 12, 2026**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE